## *April* Term, 1789.

(p. 437.)

### The STATE *against* DAVID LYON.

*On* Habeas Corpus *of Negro* Margaret Reap, *claiming her Freedom.*

UPON the hearing before the Court, it appeared, that Zacheus Mayhew, of Maffachufetts, by Deed of Gift, dated the firft Day of *March*, 1750, did give a certain Negro Girl called Flora, unto his Daughter, Lucy Little, then the Wife of           Little—That the faid Lucy Little afterwards being a Widow, and having One Son called William Little, intermarried in Maffachufetts with a Dr. Jofeph Eaton, who came from thence with his Wife to Shrewfberry in *New-Jerfey*, and at the fame Time brought the faid Negro Flora with them—That on the 31ft Day of *Auguft*, 1752, the faid Dr. Eaton fold the faid Negro Flora with a Child fhe then had called

Rofe, unto one John Worthley—That the faid John Worthley by Bill of Sale, dated 27th *September*, 1753, fold the faid Negro Flora to one John Williams—That John Williams the 8th of *May*, 1754, fold the faid Negro Flora to the aforefaid Dr. Eaton for the Sum of Sixty-Pounds York-Money—That the faid Dr. Eaton upwards of Twenty Years ago, and about Five Days after one Jacob Dennis had purchafed the aforefaid Negro Girl Rofe, Daughter of the faid Flora, of the faid John Worthley, he the faid Dr. Eaton informed the faid Jacob Dennis, he was collecting thofe Negroes for William Little (his Son-in-Law)—that they fhould return to him again as they belonged to him; and at that Time and often afterwards declared that he was principled againft Slavery, and that he never intended the faid Flora fhould belong to his Eftate, nor fhould any of his Children be benefited by having her as their Property—It alfo appeared that the faid Lucy Eaton furvived her faid Hufband, the faid Dr. Eaton—That fhortly after the Death of the faid Dr. Eaton *(to wit,* about Seventeen Years ago) one Thomas White applied to the faid Lucy Eaton to purchafe and did purchafe at private Sale, a fmall Spinning Wheel, which fhe then faid fhe had not any further Ufe for, as fhe had given Flora free who ufed to fpin on the faid Wheel—That fince that Time the faid Flora has paffed for, and been efteemed a free Woman, and for a confiderable Time worked about in the Neighborhood of the faid Widow Eaton, and in the Houfe of the faid Widow, and for the Wife of John Eaton the eldeft Son of the faid Dr. Eaton, and always received her Wages as well from the faid John Eaton's Wife, as the Neighbours; and the faid Widow Eaton herfelf promifed to compenfate her therefor—And it further appeared that whilft the faid Flora worked about for herfelf as aforefaid, fhe intermarried with a certain Jofeph Reap, a free Negro, with whom the faid Flora has ever fince lived unmolefted and as a free Woman, and ftill continues fo to live—That after the marriage of the faid Flora with the faid Jofeph Reap, fhe had Two Children called Lydia, and *Margaret* (the prefent Claimant), that thefe Children lived with their faid Father and Mother, who brought them up by their own Induftry without any Expence or Trouble to any other Perfon whatfoever, until

laſt Fall, when they were taken away from their ſaid Parents without their Conſent—That ſince the ſaid taking, it appears by a certain Inſtrument of Writing, bearing date the 8th Day of *January*, 1789, executed under the Hand and Seal of the aforeſaid William Little, (the Son-in-Law of the ſaid Dr. Eaton, and for whom the ſaid Dr. Eaton declared as aforeſaid, he was collecting the Negroes)—That the ſaid William Little hath manumitted and ſet at Liberty the ſaid Flora and her ſaid Two Children, Lydia and Margaret; whereupon

The Court having conſidered this ſtate of Facts, and the arguments of Counſel on both Sides thereupon, *are of Opinion*, That, permitting the ſaid Negro Woman Flora to remain at Liberty for ſo long a Time, and to work for herſelf, and having intermarried with the ſaid Joſeph Reap a free Man, with whom ſhe has ever ſince lived as a free Woman, is ſuch Evidence of Freedom, both of the ſaid Negro Woman Flora, and conſequently of her Children, as to entitle the ſaid Negro Margaret Reap to her Diſcharge; and the Court do therefore accordingly *order* the ſaid Negro Margaret Reap to be diſcharged and ſet at Liberty from the ſaid David Lyon; on Motion of the Attorney General.

*Bloomfield, Attorney General, and R. Stockton for the State.*———

*M. Williamſon, and Aaron Ogden for Defendant.*

## IN THE SAME TERM OF

## *April,* 1789,

(p. 438.)